UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHONG'S PRODUCE, INC.,

    Plaintiff,

    v.

ISLAND PACIFIC SUPERMARKET PRODUCE, INC., et al.,

    Defendants.

_____/

No. C 13-2003 PJH

**ORDER OF DISMISSAL**

In light of the notice of settlement, and plaintiff having provided no notice to the court that the action will proceed by the date set in the court's May 7, 2013 order, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge